## PACKARD v. McCoy.

The testimony of deceased witnesses, given in a former action or trial, between the same parties, is admissible; and this, whether the proof is to be made, either upon appeal or a new trial.

*Appeal from the Davis District Court.*

THIS was an action commenced before a justice of the peace. On the trial of the cause, on appeal, in the District Court, the defendant proposed to prove by the justice before whom the cause was tried, what a witness had sworn to in the trial before him, and which witness had died pending the appeal. The plaintiff objected, and the testimony was excluded. This ruling is now the only question presented for our determination.

*Palmer & Trimble,* for the appellant.

WRIGHT, C. J.—We think the testimony was clearly admissible. We understand the rule to be now well and uniformly settled, in civil cases, at least, that it is admissible to prove the testimony of deceased witnesses, given in a former action, between the parties; and this, whether the proof is to be made, either upon appeal or new trial. 1 Greenleaf Ev. chap. 10; 3 Phil. Ev. Cow. & Hill's Notes, 322, *et seq.; Commonwealth* v. *Richards,* 18 Pick. 434; *Warren* v. *Nichols,* 6 Met. 261.

Judgment reversed.